**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RUIMIN WANG,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-435-J** |
| | ) | |
| **PAMELA BONDI, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

On March 17, 2026, Respondents notified the Court that Petitioner has been scheduled for removal. Doc. 9 (Notice of Petitioner's Transfer and Removal). Respondents informed the Court that on March 20, 2026, Petitioner will be transferred outside of the Western District of Oklahoma and removed to China on March 24, 2026. *Id.* To the extent that Petitioner wishes to respond to the Notice, Petitioner shall file a response **not later than March 19, 2026**

**IT IS SO ORDERED** this 18th day of March, 2026.

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE