**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

RUIMIN WANG,                                    )
                                                )
        Petitioner,                         )
                                                )
v.                                              )        Case No. CIV-26-435-J
                                                )
PAMELA BONDI, et al.[1],                        )
                                                )
        Respondents.                        )

## ORDER

On March 9, 2026, Petitioner filed a Verified Petition for Writ of Habeas Corpus [Doc. No. 1], seeking declaratory and injunctive relief in the form of immediate release from detention.  On March 25, 2026, Respondents filed a Notice of Removal [Doc. No. 13], notifying the Court that on March 24, 2026, Petitioner was removed to China.  In light of Petitioner's removal to China, the Court FINDS Petitioner's Verified Petition for Writ of Habeas Corpus is now MOOT.

IT IS SO ORDERED this 25th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin was sworn in as the Secretary of the Department of Homeland Security on March 24, 2026.  Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Mullin is substituted for former Secretary Noem as the proper party.